UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN P. KELLEY,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-5062 RSM<br><br>**ORDER AMEDNING THE SCHEDULING ORDER** |

On April 27, 2023, Plaintiff filed an unopposed Motion for Extension of Time to File an Opening Brief to "allow further investigation and discussion regarding a possible settlement in this case" and because Plaintiff "requires more time to draft the brief." Dkt. 8 at 1. Plaintiff's Opening Brief was due that same day. Dkt. 7 at 1. As Plaintiff's motion is unopposed, the Court will grant the request for extension of time and adjust the Scheduling Order to avoid prejudice to Defendant. However, the Court reminds Plaintiff's counsel that local rules require motions for relief from a deadline, barring unforeseen emergencies, to "be filed sufficiently in advance of the deadline to allow the court to rule on the motion *prior to the deadline*." Local Civil Rule 7(j) (emphasis added). The Court advises Plaintiff's counsel that any future violation of applicable law, including but not limited to the Local Civil Rules, may result in sanctions.

///

///

///

ORDER AMEDNING THE SCHEDULING
ORDER - 1

Accordingly, it is hereby ORDERED that the Scheduling Order is amended as follows:

- Plaintiff's Opening Brief is due May 27, 2023
- Defendant's Responsive Brief is due June 26, 2023, and
- Plaintiff's Optional Reply Brief is due July 10, 2023.

DATED this 1st day of May, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMEDNING THE SCHEDULING ORDER - 2