UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN P. KELLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. C23-5062 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion to Further Amend the Scheduling Order, and given that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 31, 2023, to file the Responsive Brief; and

- Plaintiff shall have up to and including August 14, 2023, to file the Optional Reply Brief.

DATED this 22nd day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge